UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: John J. Begin )<br>    DEBTOR ) | CHAPTER 13<br>CASE NO. 11-14407 |

**DEBTOR'S SECOND MOTION TO EXTEND TIME TO FILE SCHEDULES A-J, STATEMENT OF FINANCIAL AFFAIRS, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES, STATEMENT OF ATTORNEY COMPENSATION, NOTICE TO INDIVIDUAL CONSUMER DEBTOR, CERTIFICATION OF NOTICE TO INDIVIDUAL CONSUMER DEBTOR, DISPOSABLE MONTHLY INCOME OFFICIAL FORM B 22C AND CHAPTER 13 PLAN**

Now comes the Debtor, John J. Begin who respectfully ask this honorable court to extend the time required for them to file Schedules A-J, the summary of schedules, the statistical summary of certain liabilities, the statement of attorney compensation, the statement of financial affairs, notice to individual consumer debtors, certification notice to individual consumer debtors, disposable monthly income official form B22C and the Chapter 13 Plan to Monday June 6, 2011. Debtor is still gathering the information required for the schedules.

Debtor prays that this honorable court allow this motion.

June 1, 2011

                                      Respectfully Submitted
                                      By Their Attorney Patrick M. Culhane

Patrick M. Culhane, Esquire BBO # 628855
BOLLES, PRITCHARD & CULHANE
289 Union Street
Holbrook, MA  02343
Tel: 781 767-3811
Fax: 781 767-0409

06/02/2011 Allowed

## CERTIFICATE OF SERVICE

I, Patrick M. Culhane, Esquire, Attorney for the Debtor, John J. Begin hereby certify that I served the foregoing DEBTOR'S Second Motion to extend the time required to file Schedules A-J, the summary of schedules, the statistical summary of certain liabilities, the statement of attorney compensation, the statement of financial affairs, notice to individual consumer debtors, certification notice to individual consumer debtors, disposable monthly income official form B22C and the chapter 13 Plan and evidence of current and sufficient property and liability insurance as required by FRBP 1008 and in accordance with 28 USC § 1746 electronically via CM/ECF, to the following parties pursuant to Bankruptcy Rules 2002, 4001 and 5005 and MLBR's 2002-1, 4001-1 and 9013-3:

June 1, 2011

_____
Patrick M. Culhane, Esquire BBO # 628855
BOLLES, PRITCHARD & CULHANE
289 Union Street
Holbrook, MA  02343
Tel: 781 767-3811
Fax: 781 767-0409

Carolyn Bankowski
Standing Chapter 13 Trustee
P O Box 8250
Boston, MA  02114-0033

John Fitzgerald, Assistant U. S. Trustee
Office of the US Trustee
10 Causeway Street
Boston, MA  02222

And by first class US mail postage pre-paid to the creditors listed on the attached sheet:

Holbrook Cooperative Bank
95 North Franklin Street
Holbrook, MA  02343

Town Of Holbrook
Tax Collector
50 North Franklin Street
Holbrook, MA  02343

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only